

# Court of Appeals

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 19, 2015

William R. McKinney
Attorney at Law
3505 Olsen Blvd. Suite 212
Amarillo, TX 79109
* DELIVERED VIA E-MAIL *

James A. Farren
Criminal District Attorney
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00246-CR, 07-15-00286-CR
Trial Court Case Number: 17,917-A, 17,917-A

**Style:** Ricky Dan Allee v. The State of Texas

Dear Counsel:

The following was filed in the captioned appeal as of Wednesday, August 19, 2015:

Clerk's Record (1 volume for each appeal)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)
Dina Wall (DELIVERED VIA E-MAIL)